UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

JOHN DOE, et al.                                   Civil No. 13-6629

vs.                                                Order of Reassignment

CHRISTOPHER J. CHRISTIE

R E C E I V E D

NOV - 4 2013

AT 8:30_____M
WILLIAM T. WALSH
CLERK

It is on this 4\ :sup:`TH` day of NOVEMBER, 2013

O R D E R E D that the entitled action is reassigned from

JUDGE MICHAEL A. SHIPP TO JUDGE FREDA L. WOLFSON.

S/ JEROME B. SIMANDLE
JEROME B. SIMANDLE, CHIEF JUDGE
UNITED STATES DISTRICT COURT