*State of New Jersey*

| | | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX<br>TRENTON, NJ 08625-0 | JOHN J. HOFFMAN<br>*Acting Attorney General* |
| KIM GUADAGNO<br>*Lt. Governor* | | CHRISTOPHER S. PORRINO<br>*Director* |

November 22, 2013

The Honorable Lois H. Goodman, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:   *John Doe, et al., v. Chris Christie*
           Civil Action No.: 13-06629 (FLW-LHG)
           Defendant's Response to Plaintiffs' Motion to Proceed Using a Pseudonym and For a Protective Order

Dear Judge Goodman:

    Please accept this letter on behalf of Defendant in response to Plaintiffs' Motion to Proceed Using a Pseudonym and For a Protective Order. Defendant does not oppose the relief sought in Plaintiffs' motion or the proposed order.

    Thank you for your attention to this matter.

                          Respectfully submitted,

                          JOHN J. HOFFMAN
                          ACTING ATORNEY GENERAL OF NEW JERSEY

           By:    s/Susan M. Scott
                  Susan M. Scott
                  Deputy Attorney General

    c:    All Counsel of Record via electronic filing

