UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| **JOHN DOE**, by and through JACK DOE and JANE DOE, **JACK DOE**, individually and on behalf of his son, JOHN DOE, **JANE DOE**, individually and on behalf of her son JOHN DOE<br><br>            Plaintiffs,<br>v.<br><br>**CHRISTOPHER J. CHRISTIE**, Governor of the State of New Jersey, in his official capacity,<br><br>            Defendants. | Case No. 13-cv-6629 (FLW) (LHG) |

**PLAINTIFFS' NOTICE OF APPEAL**

Pursuant to Fed. R. App. P. 3, and Third Circuit Rule 3.1, Plaintiffs, JOHN DOE, by and through JACK DOE and JANE DOE, JACK DOE, individually and on behalf of his son JOHN DOE, and JANE DOE, individually and on behalf of her son JOHN DOE hereby notice their appeal to the United States Court of Appeals for the Third Circuit from the March 28, 2014 Order denying by terminating Plaintiffs' Motion for a Preliminary Injunction.

                                            Respectfully submitted,

                                            /s/ Demetrios Stratis
                                               Demetrios Stratis
                                               New Jersey Bar No. 022391991
                                               Mathew D. Staver*
                                               Stephen M. Crampton*
                                               Daniel J. Schmid*
                                               Liberty Counsel
                                               P.O. Box 11108
                                               Lynchburg, VA 24502
                                               Tel. 434-592-7000
                                               Fax: 434-592-7700
                                               court@LC.org
                                               *Admitted Pro Hac Vice
                                               *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was filed electronically with the court on April 17, 2014. Service will be effectuated by the Court's electronic notification system upon all counsel of record.

                                         /s/ Demetrios Stratis
                                            Demetrios Stratis
                                            New Jersey Bar No. 022391991