UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 14-1941, 14-3495
_____

JOHN DOE, by and through Jack Doe and Jane Doe;
JACK DOE, individually and on behalf of his son, John Doe;
JANE DOE, individually and on behalf of her son, John Doe,

*Appellants*

v.

GOVERNOR OF THE STATE OF NEW JERSEY

GARDEN STATE EQUALITY,
*Intervenor-Defendant*

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3-13-cv-06629)

District Judge:  Honorable Freda L. Wolfson
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 19, 2015

Before:  SMITH, VANASKIE, SLOVITER, <u>Circuit Judges</u>.

_____

JUDGMENT
_____

This cause came on to be heard on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on March 19, 2015.

      On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered July 31, 2014 (No. 14-3495) be and the same is hereby affirmed.  It is further ADJUDGED and ORDERED that the appeal from the order of the District Court entered March 28, 2014 (No. 14-1941) is dismissed as moot.  Costs taxed against the Appellants.  All of the above in accordance with the opinion of this Court.

                                         ATTEST:

                                         s/Marcia M. Waldron
Dated: April 13, 2015                          Clerk

**Certified as a true copy and issued in lieu of a formal mandate on** May 20, 2015

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**